WILLIAM HURLEY, Respondent, v RALPH URBAN, Appellant, et al., Defendants.

Submitted February 14, 2006; decided February 21, 2006

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

HURON GROUP, INC., et al., Respondents, v GEORGE E. PATAKI, as Governor of the State of New York, et al., Defendants, and TOWN OF CHEEKTOWAGA, Appellant.

Submitted December 27, 2005; decided February 21, 2006

Motion to dismiss appeal granted and the appeal dismissed with $400 costs and $100 costs of motion upon the ground that the issues presented have become moot.

MARIANNE J. KELLY, Respondent, v JOHN M. KELLY, Appellant.

Submitted November 28, 2005; decided February 21, 2006

Motion for reconsideration of this Court's October 27, 2005 dismissal order denied [see 5 NY3d 847]. Motion, insofar as it seeks leave to appeal from the Appellate Division order that modified Supreme Court's April 2004 order and remitted for further proceedings, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.